**FORM 18. Joint Stipulation of Voluntary Dismissal**   Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2025-1722, 2025-1723 (consolidated)

**Short Case Caption** Novartis Pharmaceuticals Corporation v. MSN Pharmaceuticals, Inc.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

Appeal Nos. 2025-1722 & 2025-1723

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 06/10/2025

Signature: /s/ Deanne E. Maynard (w/permission)
Name: Deanne E. Maynard
Party Name: Novartis Pharmaceuticals Corp.

Date: 06/10/2025

Signature: /s/ Kevin E. Warner
Name: Kevin E. Warner
Party Name: MSN Laboratories Private Ltd.
MSN Life Sciences Private Ltd.
MSN Pharmaceuticals, Inc.

☐ Additional pages attached